UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

SUSAN DILLARD McKEY                                         CIVIL ACTION

v.                                                          NO. 16-13642

ROBERTA ZENO AUGUST, ET AL.                                 SECTION "F"

ORDER AND REASONS

Local Rule 7.5 of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed eight days prior to the noticed submission date. No memoranda in opposition to St. John the Baptist Parish Sheriff's Office's motion to dismiss pursuant to Rule 12(b)(6), noticed for submission on October 5, 2016, has been submitted.

Accordingly, because the motion is unopposed, and further, it appearing to the Court that the motion has merit,[1] IT IS ORDERED: that St. John the Baptist Parish Sheriff's Office's motion to dismiss is hereby GRANTED as unopposed. Because St. John the Baptist Parish Sheriff's Office is not a legal entity capable of

---

[1] Because Louisiana law affords no legal status to a parish's sheriff department, it is not a legal entity capable of being sued. See Roy v. Orleans Parish Sheriff's Office, No. 2009 WL 4730697 (E.D. La. Dec. 4, 2009)(citing Liberty Mut. Ins. Co. v. Grant Parish Sheriff's Dep't, 350 So.2d 236 (La.Ct.App. 1977), writ refused, 352 So.2d 235 (La. 1977)).

1

being sued, the plaintiff's claim against St. John the Baptist Sheriff's Office is hereby dismissed.

New Orleans, Louisiana, October 3, 2016

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE